B6A (Official Form 6A) (12/07)

In re **Jose U Bermea**        Case No. **12-51172 C**
      **Sandra R. Bermea**                                      (if known)

*AMENDED 5/7/2015*
# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| LOT 13 & 14 BLOCK 32 LA PRYOR AKA 413 GRANT N ST, LA PRYOR, TX ZAVALA COUNTY, 78872 | HOMESTEAD | C | $82,724.00 | $66,181.91 |
| LOT S60'(11&12) BLOCK 65 LA PRYOR AKA 242 HWY 57 W HWY LA PRYOR, TX, ZAVALA COUNTY, 78872 | BUSINESS PROPERTY | C | $48,500.00 | $3,211.60 |
| | | Total: | $131,224.00 | |

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Jose U Bermea**  Case No. **12-51172 C**
**Sandra R. Bermea**
(If known)

*AMENDED 5/7/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| LOT 13 & 14 BLOCK 32 LA PRYOR AKA 413 GRANT N ST, LA PRYOR, TX ZAVALA COUNTY, 78872 | 11 U.S.C. § 522(d)(1) | $16,542.09 | $82,724.00 |
| LOT S60'(11&12) BLOCK 65 LA PRYOR AKA 242 HWY 57 W HWY LA PRYOR, TX, ZAVALA COUNTY, 78872 | 11 U.S.C. § 522(d)(5) | $25,450.00 | $48,500.00 |
| HOUSEHOLD GOODS | 11 U.S.C. § 522(d)(3) | $5,500.00 | $5,500.00 |
| WEARING APPAREL | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| JEWELRY | 11 U.S.C. § 522(d)(4) | $275.00 | $275.00 |
| TERM INSURANCE | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| RETIREMENT | 11 U.S.C. § 522(d)(12) | $120.00 | $120.00 |
| 2002 HONDA ODYSSEY | 11 U.S.C. § 522(d)(2) | $969.50 | $3,737.50 |
| 2008 DODGE CHARGER | 11 U.S.C. § 522(d)(2) | $3,374.35 | $14,650.00 |
| TOOLS OF THE TRADE | 11 U.S.C. § 522(d)(6) | $3,700.00 | $3,700.00 |
| 2 DOGS, 1 CAT | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $56,330.94 | $159,606.50 |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Jose U Bermea**
    **Sandra R. Bermea**

Case No. **12-51172 C**

Chapter **7**

*AMENDED 5/7/2015*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $131,224.00 | | |
| B - Personal Property | No | 4 | $29,896.05 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $86,465.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 3 | | $38,134.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 6 | | $111,520.16 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $4,403.91 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $3,830.86 |
| TOTAL | | 22 | $161,120.05 | $236,120.23 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re **Jose U Bermea**     Case No. **12-51172 C**
     **Sandra R. Bermea**

Chapter **7**

*AMENDED 5/7/2015*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $34,434.39 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$34,434.39** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $4,403.91 |
| Average Expenses (from Schedule J, Line 22) | $3,830.86 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $3,483.55 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $2,030.50 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $38,134.39 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $111,520.16 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $113,550.66 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Jose U Bermea**　　　　　　　　　　　　　　　　　　　　Case No. **12-51172 C**
　　　**Sandra R. Bermea**　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 5/7/2015*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **4** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **5/7/2015**　　　　　　　　　　　　　　　Signature **/s/ Jose U Bermea**
　　　　　　　　　　　　　　　　　　　　　　　　　　*Jose U Bermea*

Date **5/7/2015**　　　　　　　　　　　　　　　Signature **/s/ Sandra R. Bermea**
　　　　　　　　　　　　　　　　　　　　　　　　　　*Sandra R. Bermea*
　　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Jose U Bermea**  CASE NO **12-51172 C**
**Sandra R. Bermea**

CHAPTER **7**

*AMENDED 5/7/2015*
## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| N/A | Real Property. | $131,224.00 | $69,393.51 | $61,830.49 | $41,992.09 | $19,838.40 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $213.55 | $0.00 | $213.55 | $0.00 | $213.55 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $5,500.00 | $0.00 | $5,500.00 | $5,500.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 7. | Furs and jewelry. | $275.00 | $0.00 | $275.00 | $275.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $120.00 | $0.00 | $120.00 | $120.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2015, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Jose U Bermea**     CASE NO **12-51172 C**
        **Sandra R. Bermea**

CHAPTER **7**

*AMENDED 5/7/2015*
## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $18,387.50 | $14,043.65 | $4,343.85 | $4,343.85 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $3,700.00 | $0.00 | $3,700.00 | $3,700.00 | $0.00 |
| 30. | Inventory. | $1,300.00 | $0.00 | $1,300.00 | $0.00 | $1,300.00 |
| 31. | Animals. | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$161,120.05** | **$83,437.16** | **$77,682.89** | **$56,330.94** | **$21,351.95** |

**Surrendered Property:**
The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|

**Real Property**
(None)
**Personal Property**
(None)

| | | | |
|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| LOT S60'(11&12) BLOCK 65 LA PRYOR | $48,500.00 | $3,211.60 | $45,288.40 | $19,838.40 |

*Copyright 1996-2015, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: **Jose U Bermea**  CASE NO **12-51172 C**
**Sandra R. Bermea**

CHAPTER **7**

*AMENDED 5/7/2015*

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---:|---:|---:|---:|
| ZAVALA CHECKING | $100.00 | | $100.00 | $100.00 |
| ZAVALA SAVINGS | $30.00 | | $30.00 | $30.00 |
| ZAVALA BUSINESS | $80.00 | | $80.00 | $80.00 |
| BANK OF AMERICA CHECKING | $3.55 | | $3.55 | $3.55 |
| INVENTORY | $1,300.00 | | $1,300.00 | $1,300.00 |
| **TOTALS:** | **$50,013.55** | **$3,211.60** | **$46,801.95** | **$21,351.95** |

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$161,120.05** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$161,120.05** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$83,437.16** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$83,437.16** |
| G. Total Equity (not including surrendered property) / (A-D) | **$77,682.89** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$77,682.89** |
| J. Total Exemptions Claimed (Wild Card Used: $25,450.00, Available: $0.00) | **$56,330.94** |
| K. Total Non-Exempt Property Remaining (G-J) | **$21,351.95** |

*Copyright 1996-2015, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **Jose U Bermea
Sandra R. Bermea**

CASE NO. **12-51172 C**

CHAPTER **7**

### Certificate of Service-

I hereby certify that a true and correct copy of the foregoing
Amended Schedule A, C, Summary of Scheduels, Declaration of Schedules, were served via first class , United States mail, postage prepaid , on May 7, 2015 on the following:

_____/S/_____
   by Jose L. Soria
NOTICE TO THE FOLLOWING:

Jose U Bermea
P.O. BOX 707
LA PRYOR, TX 78872

United States Trustee
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, Texas 78205