

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 06, 2015.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CASE NO. 12-51172-CAG |
|---|---|---|
| | § | |
| JOSE U. BERMEA | § | |
| SANDRA R. BERMEA | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

**ORDER GRANTING MOTION TO SELL REAL PROPERTY
FREE AND CLEAR OF ALL LIENS AND INTERESTS**

On this day, came on to be considered the Chapter 7 Trustee's Motion to Sell Real Property Free and Clear of All Liens and Interests ("Motion") filed by Jose C. Rodriguez, ("Trustee").

The Court finds that notice is proper. After reviewing the pleadings and noting that no objection to the relief requested by the motion has been timely filed, the court finds that the proposed sale of the property of the estate is beneficial to the estate and should be granted as requested.

The Court finds that the property to be sold is described as:

>Lot S60' (11 & 12), Block 65, La Pryor more commonly known as 242 Highway 57 W., La Pryor, Zavala County, Texas (hereinafter, the "Property").

The Court finds that the proposed buyers are Debtors, JOSE U. BERMEA and SANDRA R. BERMEA, and that the purchase price is Eighteen Thousand and No/100 Dollars ($18,000.00). The Court finds that the sale of the real property to JOSE U. BERMEA and SANDRA R. BERMEA should be approved. It is, therefore,

ORDERED, ADJUDGED, AND DECREED that the Trustee is authorized to sell the Real Property to JOSE U. BERMEA and SANDRA R. BERMEA in the amount of Eighteen Thousand and No/100 Dollars ($18,000.00), to be paid in cash or certified funds.

It is further ORDERED, ADJUDGED, AND DECREED that as to the property of the bankruptcy estate and pursuant to Sections 363(c) and (f) of the Bankruptcy Code, this sale is made free and clear of any and all liens, claims, interests or encumbrances of any kind, valid and invalid. Upon the sale of the Property and the payment of the purchase price, all liens and interests are deemed released as to the Property, as herein set forth, and only (1) those liens set out herein, and (2) those liens of claimants who have filed responses to the Trustee's Motion prior to this Order and whose lien claims are allowed shall attach to the net proceeds of the sale and shall, under no circumstances, ever revert to the Property itself.

IT IS FURTHER ORDERED that as to the property of the bankruptcy estate, such sale of the Property is "as is," and "where is," with all faults, without recourse on the Trustee or the bankruptcy estate and without any warranty of any kind whatsoever.

IT IS ORDERED that the ad valorem tax lien pertaining to the subject property shall attach to the sales proceeds and that the closing agent shall pay all ad valorem tax debt owed

Order Granting Trustee's Motion to Sell Real Property  
Free and Clear of All Liens and Interests  
Page 2 of 3

incident to the subject property immediately upon closing and prior to any disbursement of proceeds to any other person or entity.

IT IS FURTHER ORDERED that the ad valorem taxes for year 2015 pertaining to the subject property shall be prorated based on the 2014 tax values, however the total amount of 2015 ad valorem taxes which are assessed against the subject property shall become the responsibility of the Purchaser and the 2015 ad valorem tax lien shall be retained against the subject property until said taxes are paid in full.

IT IS FURTHER ORDERED that the stay provided by Federal Rule of Bankruptcy Procedure Local Rule 6004(g) shall be vacated immediately so the sale can be completed after entry of this Order on the docket.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX  78212
(210) 738-8881 Tel.
(210) 738-8882 Fax
jrodlaw@sbcglobal.net