IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-51172-CAG |
| | § | |
| JOSE U. BERMEA | § | |
| SANDRA R. BERMEA | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

**REPORT OF SALE**

COMES NOW JOSE C. RODRIGUEZ, the Trustee in this case, and makes and files this Report of Sale, and in support thereof respectfully represents to the Court as follows:

I.

On or about July 06, 2015 (Doc. #78), an Order Granting Trustee's Motion to Sell Real Property Free and Clear of All Liens and Interests was entered in this case.

II.

On June 02, 2015, the Trustee received Check No. 1132 payable to Jose C. Rodriguez, Trustee in the amount of Eighteen Thousand and 00/100 Dollars ($18,000.00).  This amount represents the gross amount of the sales proceeds due to the bankruptcy estate.

III.

On July 13, 2015, the sale was closed with the delivery of the Deed and the Settlement Statement confirming the final proration of the 2015 taxes between the Seller Bankruptcy Estate and the Buyer.

IV.

The names and address for the buyers is:

Jose U. Bermea
Sandra R. Bermea
PO Box 707
La Pryor, TX 78872

IV.

Attached to this Report is a copy of Forms I and II.

Dated this 14th day of July, 2015.        Respectfully submitted,

/s/ *Jose C. Rodriguez*
Jose C. Rodriguez
State Bar No. 17146450
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212
Telephone: (210) 738-8881
Telefax: (210) 738-8882

---

### CERTIFICATE OF SERVICE
---

I, Jose C. Rodriguez, do hereby certify that a true and correct copy of Report of Sale was sent by United States First Class mail postage pre-paid on this the 14th day of July, 2015 to the following:

| | |
|---|---|
| Jose U. Bermea<br>Sandra R. Bermea<br>PO Box 707<br>La Pryor, TX 78872<br>**Debtors and Buyers** | Jose L. Soria<br>Law Offices of Jose Soria, PC<br>One Park Ten Building<br>6800 Park Ten Blvd, Suite 192-W<br>San Antonio, TX 78213<br>**Counsel for Debtors** |
| | U.S. Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |

and to all the interested parties.

NOTE: Exhibits Forms 1 & 2 are filed and are available on PACER for Review, but will not be included in this mail-out to reduce costs to the estate. A copy of the Exhibit Forms 1 and 2 will be made available upon written request delivered to the Chapter 7 Trustee.

/s/ *Jose C. Rodriguez*

FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 12-51172 CAG Judge: CRAIG A. GARGOTTA | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|
| Case Name: | BERMEA, JOSE U | Date Filed (f) or Converted (c): | 03/11/15 (c) |
| | BERMEA, SANDRA R. | 341(a) Meeting Date: | 04/16/15 |
| For Period Ending: 07/14/15 | | Claims Bar Date: | 07/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br>LOT 13 & 14 BLOCK 32 LA PRYOR<br>AKA 413 GRANT N ST, LA PRYOR, TX ZAVALA COUNTY, 78872<br><br>LIEN WITH BANK OF AMERICA FOR $66,181.91<br>Debtor Claimed Exemption | 82,724.00 | 0.00 | | 0.00 | FA |
| 2. REAL PROPERTY<br>LOT S60'(11&12) BLOCK 65 LA PRYOR AKA 242 HWY 57 W HWY LA PRYOR, TX, ZAVALA COUNTY, 78872<br>Debtor Claimed Exemption | 48,500.00 | 0.00 | | 18,000.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS<br>HOUSEHOLD GOODS | 5,500.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHING<br>WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY AND FURS<br>JEWELRY<br>Debtor Claimed Exemption | 275.00 | 0.00 | | 0.00 | FA |
| 6. INTEREST INSURANCE POLICIES<br>TERM INSURANCE<br>Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 7. INTERESTS IN IRA, ERISA, KEOGH<br>RETIREMENT<br>Debtor Claimed Exemption | 120.00 | 0.00 | | 0.00 | FA |
| 8. AUTOMOBILES, TRUCKS, TRAILERS<br>2002 HONDA ODYSSEY<br><br>LIEN WITH ZAVALA COUNTY BANK FOR $2,768.00<br>Debtor Claimed Exemption | 3,737.50 | 0.00 | | 0.00 | FA |
| 9. AUTOMOBILES, TRUCKS, TRAILERS<br>2008 DODGE CHARGER<br><br>LIEN WITH CAPITAL ONE AUTO FINANCE FOR $11,275.65<br>Debtor Claimed Exemption | 14,650.00 | 0.00 | | 0.00 | FA |

PFORM1

Ver: 18.05

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 12-51172 CAG Judge: CRAIG A. GARGOTTA | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|
| Case Name: | BERMEA, JOSE U | Date Filed (f) or Converted (c): | 03/11/15 (c) |
| | BERMEA, SANDRA R. | 341(a) Meeting Date: | 04/16/15 |
| | | Claims Bar Date: | 07/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. MACHINERY, FIXTURES<br>TOOLS OF THE TRADE<br>Debtor Claimed Exemption | 3,700.00 | 0.00 | | 0.00 | FA |
| 11. ANIMALS<br>2 DOGS, 1 CAT<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |

| TOTALS (Excluding Unknown Values) | $159,606.50 | $0.00 | | $18,000.00 | Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/29/15jr  First (original) buyer backed out; debtors will pay equity of $18000.  Will refile motion

Initial Projected Date of Final Report (TFR): 02/01/16      Current Projected Date of Final Report (TFR): 02/01/16

PFORM1

Ver: 18.05

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-51172 -CAG | | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|
| Case Name: | BERMEA, JOSE U | | Bank Name: | BANK OF KANSAS CITY |
| | BERMEA, SANDRA R. | | Account Number / CD #: | *******0928 CHECKING ACCOUNT |
| Taxpayer ID No: | 61-6542312 | | | |
| For Period Ending: | 07/14/15 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/15 | 2 | JOE BERMEA<br>SANDRA R. BERMEA<br>P.O. BOX 147<br>LA PRYOR, TX 78872-0147 | SALE OF REAL PROPERTY | 1110-000 | 18,000.00 | | 18,000.00 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 23.17 | 17,976.83 |
| 07/06/15 | 000101 | UNITED STATES BANKRUPTCY COURT | FILING FEE<br>PAYMENT FOR FILING OF MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS (DKT. #70) | 2700-001 | | 176.00 | 17,800.83 |
| 07/06/15 | 000102 | UNITED STATES BANKRUPTCY COURT | FILING FEE<br>PAYMENT FOR FILING OF MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS (DKT. #74) | 2700-001 | | 176.00 | 17,624.83 |
| 07/14/15 | 000103 | ZAVALA COUNTY APPRAISAL DISTRICT<br>323 W. ZAVALA ST.<br>CRYSTAL CITY, TX 78839 | TAXES<br>PROPERTY TAXES FOR PROPERTY: 19176 PURSUANT ORDER GRANTING MOTION TO SELL REAL PROPERTY ENTERED 07/06/15 | 2820-000 | | 1,394.74 | 16,230.09 |
| 07/14/15 | 000104 | LA PRYOR ISD TAX OFFICE<br>EVA GONZALEZ<br>PO BOX 249<br>LA PRYOR, TX 78872 | TAXES<br>PROPERTY TAXES FOR PROPERTY: R000019176 PURSUANT ORDER GRANTING MOTION TO SELL REAL PROPERTY ENTERED 07/06/15 | 2820-000 | | 2,191.95 | 14,038.14 |

Page Subtotals  18,000.00  3,961.86

LFORM24

Ver: 18.05

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-51172 -CAG | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|
| Case Name: | BERMEA, JOSE U | Bank Name: | BANK OF KANSAS CITY |
|  | BERMEA, SANDRA R. | Account Number / CD #: | *******0928  CHECKING ACCOUNT |
| Taxpayer ID No: | 61-6542312 |  |  |
| For Period Ending: | 07/14/15 | Blanket Bond (per case limit): | $    0.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/14/15 | 000105 | ZAVALA COUNTY APPRAISAL DISTRICT<br>323 W. ZAVALA ST.<br>CRYSTAL CITY, TX  78839 | TAXES<br>2015 PRO-RATED PROPERTY TAXES FOR PROPERTY: 19176<br>PURSUANT ORDER GRANTING MOTION TO SELL REAL PROPERTY ENTERED 07/06/15 | 2820-000 | | 269.80 | 13,768.34 |
| 07/14/15 | 000106 | LA PRYOR ISD TAX OFFICE<br>EVA GONZALEZ<br>PO BOX 249<br>LA PRYOR, TX  78872 | TAXES<br>2015 PRO-RATED PROPERTY TAXES FOR PROPERTY: R000019176<br>PURSUANT ORDER GRANTING MOTION TO SELL REAL PROPERTY ENTERED 07/06/15 | 2820-000 | | 433.20 | 13,335.14 |

|  | COLUMN TOTALS | 18,000.00 | 4,664.86 | 13,335.14 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 18,000.00 | 4,664.86 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 18,000.00 | 4,664.86 | |

|  | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| CHECKING ACCOUNT - ********0928 | 18,000.00 | 4,664.86 | 13,335.14 |
| | 18,000.00 | 4,664.86 | 13,335.14 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    703.00

Ver: 18.05

LFORM24

Allen L. Adkins & Associates Pc
P.O. Box 3340
Lubbock, Tx 79452-3340

Bank Of America
Po Box 982238
El Paso Tx 79998-2238

Bank Of America, N.A.
P.O. Box 660933
Dallas, Tx 75266-0933

Bank of America, Na
Attn: Customer Service Ca6-919-01-41
Po Box 5170
Simi Valley, Ca 93062-5170

Bealls
Wfnnb, Bankruptcy Department
P.O. Box 182125
Columbus, Oh 43218-2125

Business And Professional Service
621 N. Alamo
San Antonio, TX 78215-1836

Bank Of America, N.A.
C/O Mackie Wolf Zientz & Mann, P.C.
14180 N. Dallas Pky #660
Dallas, TX 75254-7308

Cac Financial Corp
2601 NW Expressway, Suite 1000 East
Oklahoma City, OK 73112-7236

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
P.O. Box 260848
Plano, TX 75026-0848

Cavalry Portfolio Services
500 Summit Lake Dr., Suite 400
Valhalla, NY 10595-2322

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citi Cards
P.O. Box 6275
Sioux Falls, SS 57117-6275

Citibank Mastercard
P.O. Box 6413
The Lakes, NV 88901-6413

Credit Collection Services
PO Box 9133
Needham, Ma 02494-9133

Capital One Auto Finance Department
C/O Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Capital One Na
C/O Becket And Lee LLP
POB 3001
Malvern PA 19355-0701

Credit First National Association
Po Box 818011
Cleveland, OH 44181-8011

Dell Financial Services
P O Box 81577
Austin TX 78708-1577

Discover Financial Services LLC
Po Box 3025
New Albany OH 43054-3025

Financial Pacific Leasing LLC
3455 S 344th Way Ste. 300
Federal Way, WA 98001-9546

Firestone
Credit First Na
P.O. Box 81315
Cleveland, OH 44181-0315

Ge Capital Retail Bank
C/O Recovery Management Systems Corp
25 Se 2ND Ave Suite 1120
Miami, FL 33131-1605

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

JC Penney
C/O Ge Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076-9104

Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043

Lacks Stores Inc
Attn Bankruptcy Department
Po Box 2088
Victoria TX 77902-2088

La Pryor I.S.D.
C/O John T. Banks
Perdue, Brandon, Fielder, Collins & Mott
3301 Northland Drive, Suite 505
Austin, TX 78731-4954

National Capital Management, LLC
Agent For Ge Capital Retail Bank
8245 Tournament Drive, Suite 230
Memphis, TN 38125-1741

Oak Harbor Capital Vi, LLC
C O Weinstein And Riley, Ps
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541-1067

Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA 23502-4952

PRA Receivables Management, LLC
POB 41067
Norfolk, VZ 23541-1067

Quantum3 Group LLC As Agent For
Second Round LP
Po Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC As Agent For
World Financial Network Bank
Po Box 788
Kirkland, WA  98083-0788

Receivables Performance Management LLC
1930 220th St., Se, Suite 101
Bothell, WA 98021-8410

Sam's Club
Attn: Ge Money Bank
Bankruptcy Dept.
P.O. Box 103104
Roswell, Ga 30076-9104

Sears Gold MasterCard
P.O. Box 6282
Sioux Falls, SD 57117-6282

Second Round
Po Box 41955
Austin, TX 78704-0033

SilverLeaf Resorts, Inc.
P.O. Box 388
Dallas, TX 75221-0388

Sysco Central Texas, Inc.
1260 Schwab Rd.
New Braunfels, TX  78132-5155

Sysco San Antonio Inc.
Po Box 18364
San Antonio, TX 78218-0364

Time Payment Corp
16 New England Executive Park, Ste 200
Burlington MA 01803-5222

US Attorney
Main Justice Bldg. Rm. 5111
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Attorney General
Western Dist. Of Texas
601 NW Loop 410, Ste. 600
San Antonio, TX 78216-5512

Uvalde Memorial Hospital
1025 Garner Field Road
Uvalde, TX 78801-4895

Walmart
Attn: Ge Money Bank
Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076-9104

Wells Fargo Bank NV NA
Po Box 3117
Winston Salem, NC 27102-3117

World Pay
600 Morgan Falls Rd Ste 260
Atlanta, Ga 30350-5813

Zavala County Appraisal District
Yolanda Cervera- Chief Appraiser
323 West Zavala Street
Crystal City, TX 78839-3240

Zavala County Bank
Po Box 599
La Pryor, TX 78872-0599

Zavala CAD
C/O David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Zavala County Bank
P.O. Box 810
Crystal City, TX 78839-0810